UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE:  SEIZURE OF ARCHIVAL DOCUMENTS FROM THE TAIPEI ECONOMIC AND CULTURAL REPRESENTATIVE OFFICE LOCATED AT 4201 WISCONSIN AVENUE, N.W., WASHINGTON, D.C.  20016 | : : : : : : | Misc. Cr. No. 06-0359 (PLF) |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Special Assistant United States Attorney David H. Laufman, Bar Number 420162, telephone number (703) 299-3899, and that this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
David H. Laufman
Special Assistant United States Attorney
DC Bar No. 420162
U.S. Attorney's Office for the Eastern District
 of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Washington, DC 20530
(703) 299-3899

**CERTIFICATE OF SERVICE**

      I do hereby certify that a copy of the foregoing Notice of Assignment and Appearance was served on the following counsel for the movant by facsimile and first-class mail this 16th day of August, 2006:

Thomas G. Corcoran, Jr.
Wayne H. Rusch
Thomas E. Wilson
Berliner, Corcoran & Rowe
1101 17th St., N.W.
Suite 1100
Washington, DC 20036
Fax: (202) 293-9035