UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE:  SEIZURE OF ARCHIVAL | : | Misc. No. 1:06-mc-369 (PLF) |
| DOCUMENTS FROM THE TAIPEI | : | |
| ECONOMIC AND CULTURAL | : | |
| REPRESENTATIVE OFFICE LOCATED | : | |
| AT 4201 WISCONSIN AVENUE, N.W., | : | |
| WASHINGTON, D.C.  20016 | : | |

TECRO'S RESPONSE TO THE
GOVERNMENT'S MOTION TO TRANSFER VENUE

Without conceding the validity of any statement or argument advanced by the United States in support of its Motion to Transfer Venue from this Court to the United States District Court for the Eastern District of Virginia, Taipei Economic and Cultural Representative Office does not object to this Court's grant of the Government's Motion.

Dated:      Washington, D.C.
            August 23, 2006

                                            Respectfully submitted,

                                            /s/_____
                                            Thomas G. Corcoran, Jr.
                                                    D.C. Bar # 143693
                                            Wayne H. Rusch
                                                    D.C. Bar # 316158
                                            Thomas E. Wilson
                                                    D.C. Bar # 132704
                                            Berliner, Corcoran & Rowe, LLP
                                            1101 Seventeenth Street, N.W.
                                            Suite 1100
                                            Washington, D. C. 20036
                                            Tel:(202) 293-5555
                                            Fax:(202) 293-9035
                                            Email: tgc@bcr-dc.com
                                                   whr@bcr-dc.com

<u>twilson@bcr-dc.com</u>

Attorneys for The Taipei Economic and Cultural Representatives Office