UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: SEIZURE OF ARCHIVAL DOCUMENTS FROM THE TAIPEI ECONOMIC AND CULTURAL REPRESENTATIVE OFFICE LOCATED AT 4201 WISCONSIN AVENUE, N.W., WASHINGTON, D.C. 20016 | ) ) ) ) ) Misc. No. 1:06-mc-369 (PLF) ) ) ) |

TRANSFER ORDER

Upon consideration of the entire record in this case and given that the United States' motion to transfer venue [9] is not opposed, it is hereby

ORDERED that the unopposed motion of the United States to transfer venue [9] is GRANTED; it is

FURTHER ORDERED that this miscellaneous action shall be TRANSFERRED to the United States District Court for the Eastern District of Virginia; it is

FURTHER ORDERED that the Clerk of the Court shall transfer all papers in this proceeding, together with a certified copy of this Order, to the United States District Court for the Eastern District of Virginia; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of this Court.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: August 25, 2006