UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: SEIZURE OF ARCHIVAL DOCUMENTS FROM THE TAIPEI ECONOMIC AND CULTURAL REPRESENTATIVE OFFICE LOCATED AT 4201 WISCONSIN AVENUE, N. W., WASHINGTON, D. C. 20016 | : : : : : : : : |

Misc. No. 06-0369 (PLF)

## NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney James W. Cooper no longer represents the United States of America in the above-captioned matter.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
James W. Cooper
Assistant United States Attorney
Criminal Division, Bar No. 421169
555 4th Street, NW, Room 5842
Washington, DC 20530
(202) 514-6893